# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CAREY LEE ARNDT,**

    **Plaintiff,**

    v.                                              Case No. 18-CV-89

**UNITED STATES IMMIGRATION SERVICES,**

    **Defendant.**

## RECOMMENDATION TO DISMISS CASE FOR FAILURE TO SERVE

The above-entitled action was filed on January 17, 2018. By order dated July 23, 2018, this court advised Arndt that court records indicated that he had not effected service upon the defendant and that the case appeared to be subject to dismissal, without prejudice, pursuant to Fed. R. Civ. P. 4(m) and Civil Local Rule 41(a) (E.D. Wis.).

Fed. R. Civ. P. 4(m) requires service of the summons and complaint within 90 days after the filing of the complaint. Civil Local Rule 41(a) provides:

> Where the plaintiff has not effected service of process within the time required by Fed. R. Civ. P. 4(m), and the defendant has not waived service under Rule 4(d), after 21 days' notice to the attorney of record for the plaintiff, or the plaintiff if pro se, the Court may enter an order dismissing the action without prejudice.

By order dated July 23, 2018, Arndt was put on notice that an order dismissing this case, without prejudice, would be entered if Arndt failed to show cause within twenty-ones days as to why he has not effected service of process within the time required by Fed. R. Civ. P. 4(m). Arndt filed a letter dated August 1, 2018 stating that he "has complied to all requests by the clerk of the court to complete the filing and will provide it upon trial date." (Docket # 5.) Arndt's letter is not

responsive to the Show Cause Order. Arndt still has not demonstrated that service of process has been effected on the defendant and the time for effecting service under Rule 4(m) has expired. Therefore, it is recommended that this action be dismissed, without prejudice, pursuant to Civil Local Rule 41(a).[1]

**NOW, THEREFORE, IT IS RECOMMENDED** that this action be **dismissed without prejudice for failure to serve**.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Courtesy paper copies of any objections shall be sent directly to the chambers of the district judge assigned to the case. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 16th day of August, 2018.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

---

[1] Because the defendant has not yet appeared and had an opportunity to consent or refuse magistrate judge jurisdiction, I issue a report and recommendation regarding the dismissal of Arndt's complaint. *See Coleman v. Labor and Industry Review Commission*, 860 F.3d 461(7th Cir. 2017).