UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAREY LEE ARNDT,

    Plaintiff,

v.                                                               Case No. 18-C-89

UNITED STATES IMMIGRATION SERVICE,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Carey Lee Arndt filed this action against Defendant United States Immigration Services on January 17, 2018. On August 16, 2018, Magistrate Judge Nancy Joseph filed a Report and Recommendation, in which she recommends that the case be dismissed, without prejudice, because Plaintiff has not effected service of process within the time required by Federal Rule of Civil Procedure 4(m). Plaintiff filed an objection to the Report and Recommendation on September 4, 2018. He asserts that his arguments have been well stated and "sent to all agencies." ECF No. 7 at 1. Plaintiff has failed to demonstrate that service of process has been effected on Defendant within the time proscribed by Rule 4(m). Accordingly, the court adopts the Report and Recommendation of the Magistrate Judge and orders the case dismissed without prejudice. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** this  6th  day of September, 2018.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach, Chief Judge
                                                       United States District Court